UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

IN RE:

FERNANDO DIAZ
PATRICIA DIAZ



Order Filed on November 22, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  16-15233 RG

Hearing Date:  7/6/2016

Judge:  ROSEMARY GAMBARDELLA

Debtor is Entitled To Discharge

## MODIFIED ORDER CONFIRMING PLAN

The relief set forth on the following pages is hereby ORDERED.

**DATED: November 22, 2016**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor(s):　　　　FERNANDO DIAZ
　　　　　　　　　PATRICIA DIAZ

Case No.:　　　　16-15233 RG

Caption of Order:　　MODIFIED ORDER CONFIRMING PLAN

---

　　　　The Plan of the Debtor having been proposed to creditors, and hearing having been held on the Confirmation of such Plan, and it appearing that the applicable provisions of the Bankruptcy Code and BAPCPA have been complied with and the bar date for the filing of claims has now expired; and for good cause shown, it is

- ORDERED, that the Order Confirming Plan entered on 07/12/2016 is hereby modified as a result of the expiration of the claims bar date and that commencing 04/01/2016 the Debtor shall pay the Standing Trustee the sum of $775.00 for a period of 8 month(s), and then commencing 12/01/2016 the sum of $870.00 for a period of 52 month(s); and it is further

- ORDERED, that all other clauses of the Order Confirming Plan shall remain in full force and effect.

**CERTIFICATE OF MAILING**

　　　　I HEREBY CERTIFY that on _____, 20_____, a copy of the foregoing Order was served on each of the following:

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　JAMES J. WALDRON, Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Fernando Diaz  
Patricia Diaz  
    Debtors

Case No. 16-15233-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Nov 23, 2016  
                       Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 25, 2016.  
db/jdb         +Fernando Diaz,    Patricia Diaz,    149 Brighton Ave,    Belleville, NJ 07109-3510

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                     TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 25, 2016                                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 23, 2016 at the address(es) listed below:  
         Benjamin Jamie Ginter    on behalf of Joint Debtor Patricia  Diaz gintr316@aol.com  
         Benjamin Jamie Ginter    on behalf of Debtor Fernando  Diaz gintr316@aol.com  
         Denise E. Carlon    on behalf of Creditor    M&T Bank et al dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Marie-Ann  Greenberg    magecf@magtrustee.com  
                                                                                                  TOTAL: 4