Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.: 16−15233−RG
                Chapter: 13
                Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Fernando Diaz                                                      Patricia Diaz
   149 Brighton Ave                                       aka Patricia Huapaya
   Belleville, NJ 07109                                149 Brighton Ave
                                                                     Belleville, NJ 07109

Social Security No.:
   xxx−xx−4147                                             xxx−xx−6265

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 8/21/19 at 10:00 AM

to consider and act upon the following:

*42* – Certification in Opposition to (related document:41 Creditor's Certification of Default (related document:38 Order on Motion For Relief From Stay) filed by Rebecca Ann Solarz on behalf of MANUFACTURERS AND TRADERS TRUST COMPANY et al.... Objection deadline is 07/25/2019. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order # 4 Certificate of Service) filed by Creditor MANUFACTURERS AND TRADERS TRUST COMPANY et al...) filed by Benjamin Jamie Ginter on behalf of Fernando Diaz, Patricia Diaz. (Ginter, Benjamin)

Dated: 7/15/19

                                                                                  Jeanne Naughton
                                                                                  Clerk, U.S. Bankruptcy Court