Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

> Case No.: 16−15233−RG
> Chapter: 13
> Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Fernando Diaz                                  Patricia Diaz
   149 Brighton Ave                           aka Patricia Huapaya
   Belleville, NJ 07109                   149 Brighton Ave
                                                    Belleville, NJ 07109

Social Security No.:
   xxx−xx−4147                                   xxx−xx−6265

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 8/21/19 at 10:00 AM

to consider and act upon the following:

*42* − Certification in Opposition to (related document:41 Creditor's Certification of Default (related document:38 Order on Motion For Relief From Stay) filed by Rebecca Ann Solarz on behalf of MANUFACTURERS AND TRADERS TRUST COMPANY et al.... Objection deadline is 07/25/2019. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order # 4 Certificate of Service) filed by Creditor MANUFACTURERS AND TRADERS TRUST COMPANY et al...) filed by Benjamin Jamie Ginter on behalf of Fernando Diaz, Patricia Diaz. (Ginter, Benjamin)

Dated: 7/15/19

                                                               Jeanne Naughton
                                                               Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Fernando Diaz  
Patricia Diaz  
      Debtors

Case No. 16-15233-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin    Page 1 of 1    Date Rcvd: Jul 15, 2019  
                Form ID: ntchrgbk    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2019.  
db/jdb       +Fernando Diaz,    Patricia Diaz,    149 Brighton Ave,    Belleville, NJ 07109-3510

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2019                                               Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2019 at the address(es) listed below:  
          Benjamin Jamie Ginter    on behalf of Joint Debtor Patricia  Diaz gintr316@aol.com  
          Benjamin Jamie Ginter    on behalf of Debtor Fernando  Diaz gintr316@aol.com  
          Denise E. Carlon    on behalf of Creditor    MANUFACTURERS AND TRADERS TRUST COMPANY et al ...  
           dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
          Denise E. Carlon    on behalf of Creditor    M&T Bank et al dcarlon@kmllawgroup.com,  
           bkgroup@kmllawgroup.com  
          Marie-Ann Greenberg    magecf@magtrustee.com  
          Rebecca Ann Solarz    on behalf of Creditor    MANUFACTURERS AND TRADERS TRUST COMPANY et al ...  
           rsolarz@kmllawgroup.com  
                                                                             TOTAL: 6