# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  16–15233–RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Fernando Diaz | Patricia Diaz |
| 149 Brighton Ave | aka Patricia Huapaya |
| Belleville, NJ 07109 | 149 Brighton Ave |
| | Belleville, NJ 07109 |

Social Security No.:
  xxx–xx–4147                                     xxx–xx–6265

Employer's Tax I.D. No.:

---

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Marie–Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>June 7, 2021</u>                     <u>Rosemary Gambardella</u>
                                    Judge, United States Bankruptcy Court